# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

JAMES B. FULLERTON and
BARBARA A. FULLERTON,

        Plaintiffs,

v.                                     No. 1:19-cv-00346-SCY/KRS

ENERGEN RESOURCES CORPORATION,

        Defendant.

## ORDER

THIS MATTER comes before the Court on Defendant Energen Resources Corporation's ("Energen's") Unopposed Motion for Extension of Time to File Its Reply in Support of Its Motion to Partially Dismiss Plaintiffs' Complaint [Dkt. #9] and its Response to Plaintiffs' Cross-Motion for Partial Summary Judgment [Dkt. #13]. Being fully advised of the premises and finding good cause therefor,

IT IS ORDERED that the Motion is **GRANTED**. The deadline for Energen to file its Reply in Support of its Motion to Partially Dismiss Plaintiffs' Complaint [Dkt. #9] and its Response to Plaintiffs' Cross-Motion for Summary Judgment [Dkt. #13] shall be extended to and including July 12, 2019.

                                                                   /s/ Kevin Sweazea
                                                                    KEVIN R. SWEAZEA
                                                                    UNITED STATES MAGISTRATE JUDGE