IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JAMES B. FULLERTON and
BARBARA A. FULLERTON, Husband
and Wife,

           Plaintiffs,

v.           No. 1:19-cv-00346-RB-KRS

ENERGEN RESOURCES CORPORATION,

           Defendant.

## ORDER ADOPTING JOINT STATUS REPORT AND PROVISIONAL DISCOVERY PLAN

At the Rule 16 scheduling conference held on April 16, 2020, the Court reviewed the parties' Joint Status Report and Provisional Discovery Plan (Doc. 29), and adopted it as set forth in the Court's Scheduling Order filed concurrently with this Order.

**IT IS SO ORDERED**.

_____
**KEVIN R. SWEAZEA**
**UNITED STATES MAGISTRATE JUDGE**